IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANGELIKA STRECK, et al.,

        Plaintiffs,

v.                                          CIVIL ACTION NO.  2:18-cv-00439

JOHNSON & JOHNSON, et al.,

        Defendants.

## MEM ORANDUM OPINION AND ORDER

On November 4, 2020, I entered an order directing plaintiffs to show cause on or before November 18, 2020, why this case should not be dismissed without prejudice as to the remaining defendants, Johnson & Johnson and Ethicon, Inc., pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that this case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 20, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE